UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Charles M. & Rachael L. Gallagher
Bankruptcy No. 15-14525AMC
Adversary No.
Chapter      13

Date:   December 22, 2017

To:     Matteo Weiner, Esq.

## NOTICE OF INACCURATE FILING

Re:  Notice of Motion (docket #101)

The above pleading was filed in this office on **12/21/17**.  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing
- ( )    Wrong PDF document attached
- ( )    PDF document  not legible
- (**x**)    Notice of Motion/Objection/wrong year on hearing date
- ( )    Electronic Signature missing
- ( )    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Randi Janoff**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04