# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Charles M. Gallagher<br>　　　　Rachael L. Gallagher, aka Rachael Tennyson<br>　　　　Gallagher, aka Rachael Tennyson<br>　　　　　　　　　Debtors | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for<br>Deutsche Bank National Trust Company, as Trustee for<br>Morgan Stanley Mortgage Loan Trust 2005-6AR<br>Mortgage Pass-Through Certificates, Series 2005-6AR<br>　　　　　　　　　Movant<br>　　　vs. | NO. 15-14525 amc |
| Charles M. Gallagher<br>Rachael L. Gallagher, aka Rachael Tennyson Gallagher,<br>aka Rachael Tennyson<br>　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>　　　　　　　Trustee | |

## ORDER

AND NOW, this 16th day of January, 2018, upon failure of Debtors and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 850 Skelp Level Road, West Chester, PA 19380 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Charles M. Gallagher
850 Skelp Level Road
West Chester, PA 19380

Rachael L. Gallagher, aka Rachael Tennyson Gallagher, aka Rachael Tennyson
850 Skelp Level Road
West Chester, PA 19380

John L. McClain, Esq.
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532