United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Charles M. Gallagher
Rachael L. Gallagher
    Debtors

Case No. 15-14525-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jan 16, 2018
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
db/jdb     +Charles M. Gallagher,   Rachael L. Gallagher,   850 Skelp Level Road,
    West Chester, PA 19380-1923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:

    ANDREW SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al. paeb@fedphe.com
    CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue crmomjian@attorneygeneral.gov
    JOHN L. MCCLAIN    on behalf of Plaintiff Rachael L. Gallagher aaamcclain@aol.com, edpabankcourt@aol.com
    JOHN L. MCCLAIN    on behalf of Joint Debtor Rachael L. Gallagher aaamcclain@aol.com, edpabankcourt@aol.com
    JOHN L. MCCLAIN    on behalf of Debtor Charles M. Gallagher aaamcclain@aol.com, edpabankcourt@aol.com
    JOHN L. MCCLAIN    on behalf of Plaintiff Charles M. Gallagher aaamcclain@aol.com, edpabankcourt@aol.com
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, et. al. paeb@fedphe.com
    KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
    KEVIN G. MCDONALD    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY KMcDonald@blankrome.com
    KIMBERLY A. BONNER    on behalf of Defendant    Wells Fargo Bank, N.A. amps@manleydeas.com
    KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, et. al. bkgroup@kmllawgroup.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2005-6AR Mortgage Pass-Through Certificates, Series 2005-6AR bkgroup@kmllawgroup.com
    SENIQUE MONEE MOORE    on behalf of Creditor    WELLS FARGO BANK, N.A. senique.moore@wellsfargo.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
    WILLIAM L. HOWARD    on behalf of Defendant    National Bank of Malvern wlh1923@verizon.net, wlh1923@yahoo.com
    WILLIAM L. HOWARD    on behalf of    The National Bank of Malvern wlh1923@verizon.net, wlh1923@yahoo.com

    TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Charles M. Gallagher<br>Rachael L. Gallagher, aka Rachael Tennyson Gallagher, aka Rachael Tennyson<br>              Debtors | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2005-6AR Mortgage Pass-Through Certificates, Series 2005-6AR<br>              Movant<br>      vs. | NO. 15-14525 amc |
| Charles M. Gallagher<br>Rachael L. Gallagher, aka Rachael Tennyson Gallagher, aka Rachael Tennyson<br>              Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller, Esq.<br>              Trustee | |

## ORDER

AND NOW, this 16th day of January, 2018, upon failure of Debtors and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 850 Skelp Level Road, West Chester, PA 19380 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

                                                              Ashely M. Chan
                                                              United States Bankruptcy Judge

Charles M. Gallagher
850 Skelp Level Road
West Chester, PA 19380

Rachael L. Gallagher, aka Rachael Tennyson Gallagher, aka Rachael Tennyson
850 Skelp Level Road
West Chester, PA 19380

John L. McClain, Esq.
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532