United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14525-amc
Charles M. Gallagher                                                      Chapter 13
Rachael L. Gallagher
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 3          Date Rcvd: Jan 24, 2018
                             Form ID: pdf900       Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
```
db/jdb       +Charles M. Gallagher,   Rachael L. Gallagher,   850 Skelp Level Road,
              West Chester, PA 19380-1923
cr           +Commonwealth of PA, Dept of Revenue,   c/o Christopher R. Momjian,
              21 S. 12th Street, 3rd Floor,   Office of Attorney General,   Philadelphia, PA 19107-3604
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883
cr           +Specialized Loan Servicing LLC,   14841 Dallas Parkway Suite 300,   Dallas, TX 75254-7883
cr           +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
NONE          The National Bank of Malvern,   2 South Warren venue,   Malvern, PA 19355
13552597     +Americas Servicing Co,   Po Box 10328,   Des Moines, IA 50306-0328
13552600     +CC Prmier Orthopaedic and Sports Medicin,   915 Old Fernhill Rd Ste 1, Bldg A,
              W. Chester, PA 19380-4269
13552598     +Capital 1 Bank,   Attn: General Correspondence,   PO Box 30285,   Salt Lake City, UT 84130-0285
13552599     +Carroll, Pagano & Associates,   1300 Havertown Lane,   Havertown, PA 19083-1805
13552602     +Chester County Hospital,   701 E. Marshall St,   W. Chester, PA 19380-4421
13552603     #+Childrens Dental Health Associates,   2217 Baltimore Pike,   Oxford, PA 19363-4013
13552604     +Commercial Acceptance Company,   PO Box 3268,   Shiremanstwon, PA 17011-3268
13593603     +DEUTSCHE BANK NATIONAL TRUST COMPANY et.al.,   AMERICA'S SERVICING COMPANY,
              ATTENTION: BANKRUPTCY DEPARTMENT,   MAC #D3347-014,   3476 STATEVIEW BOULEVARD,
              FORT MILL, SC 29715-7203
13552606     +DJO, LLC,   PO Box 515471,   Los Angeles, CA 90051-6771
13558148     +Deutsche Bank National Trust Co.,   c/o Joseph A. Dessoye, Esq.,
              Phelan Hallinan Diamond & Jones LLP,   1617 JFK Blvd., Ste. 1400,   One Penn Ctr. Plaza,
              Phila., PA 19103-1823
13552607     +Emergency Care Specialists, PC,   PO Box 667,   Toms River, NJ 08754-0667
13552610     +Janis M. Smith, Esq.,   4203 W. Lincoln Hwy,   Parkesburg, PA 19365-1780
13552611     +Jeffrey Dale Mohler, Esq.,   2938 Columbia Ave Ste 1402,   Lancaster, PA 17603-7044
13552612     +John L. McClain and Associates,   PO Box 123,   Narberth, PA 19072-0123
14029398     +Matteo S. Weiner, Esquire,   KML Law Group, P.C.,   Atty Deutsche Bank National Trust Co,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13552613     +Medical Data Systems I,   2001 9th Ave,   Suite 312,   Vero beach, FL 32960-6413
13552614      National Bank of Malvern,   King Street and Warren Avenue,   Malvern, PA 19355
13705608     +National Bank of Malvern,   c/o William L. Howard, Esq.,   18 W. King St.,
              Malvern, PA 19355-2400
13552616     +Patrick A. Deibler, Esquire,   Kling and Fanning, LLP,   131 W. Main Street,
              New Holland, PA 17557-1203
13552618     +Penn Medicine,   PO Box 824406,   Philadelphia, PA 19182-4406
13552620     +Pickering Valley Feed & Farm Store,   305 Gordon Dr.,   Exton, PA 19341-1201
13552622     +Ridge Builders General Contractors Inc,   32 Middle Creek Rd,   Lititz, PA 17543-9137
13552623     +Robins Reynold, d/b/a Embreeville Mill,   PO Box 570,   Unionville, PA 19375-0570
13800025     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
13552624     +Susquehanna Bank,   c/o Commercial Acceptance Company,   PO Box 3268,
              Shiremanstwon, PA 17011-3268
13552625     +The Children's Hospital of Philadelphia,   Lock Box 7802,   PO Box 8500,
              Philadelphia, PA 19178-8500
13552626     +Thomas and Beverly Strauss,   1856 New London Rd,   Lincoln University, PA 19352-1213
13604770     +UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER,   C/O EDWARD L. BERGER, ESQUIRE,
              1760 MARKET STREET, SUITE 608,   PHILADELPHIA, PA 19103-4105
13604029     +UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER,   c/o EDWARD L. BERGER, ESQUIRE,
              GORDIN & BERGER, P.C.,   1760 MARKET STREET,   PHILADELPHA, PA 19103-4199
13604026     +UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER,   c/o EDWARD L. BERGER, ESQUIRE,
              GORDIN & BERGER, P.C.,   1760 MARKET STREET, SUITE 608,   PHILADELPHIA, PA 19103-4199
13552627     +University of PA,   The School of Veterinary Medicine,   382 W. Street Rd,
              Kennett Sq., PA 19348-1691
13552628      Verizon Wireless,   PO Box 25505,   Lehigh Valley, PA 18002-5505
13632123     +Wells Fargo Bank N.A.,   PO Box 5058 MAC P6053-021,   Portland, OR 97208-5058
13552629     +Wells Fargo Bank Nv Na,   Attn: Deposits Bankruptcy MAC# P6103-05K,   PO Box 3908,
              Portland, OR 97208-3908
13631745     +Wells Fargo Bank, N.A,   P.O. Box 45038 MAC Z3057012,   Jacksonville, FL 32232-5038
13633784      Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus X2303-01A,
              Des Moines, IA 50328-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jan 25 2018 03:03:19    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2018 03:03:15    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2018 03:09:35
              PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
13621098      E-mail/Text: ally@ebn.phinsolutions.com Jan 25 2018 03:02:33    Ally Bank,   PO Box 130424,
              Roseville, MN 55113-0004
```

```
District/off: 0313-2          User: Randi              Page 2 of 3             Date Rcvd: Jan 24, 2018
                              Form ID: pdf900          Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13552596       +E-mail/Text: ally@ebn.phinsolutions.com Jan 25 2018 03:02:33       Ally Financial,
                Attn: Bankruptcy,   PO Box 130424,   Roseville, MN 55113-0004
13596114        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 25 2018 03:08:58
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13622173       +E-mail/Text: bnc@bass-associates.com Jan 25 2018 03:02:33       Cavalry SPV I, LLC,
                c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Suite 200,   Tucson, AZ 85712-1083
13560446        E-mail/Text: mrdiscen@discover.com Jan 25 2018 03:02:34       Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13552605       +E-mail/Text: mrdiscen@discover.com Jan 25 2018 03:02:34       Discover Fin Svcs Llc,   Pob 15316,
                Wilmington, DE 19850-5316
13552608       +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2018 02:59:55       GECRB/Care Credit,
                Attn: bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
13552609       +E-mail/Text: cio.bncmail@irs.gov Jan 25 2018 03:02:36       IRS,   P.O. Box 7346,
                Philadelphia, PA 19101-7346
13552615       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2018 03:02:43       PA Department of Revenue,
                Dept 280948,   Harrisburg, PA 17128-0001
13552617       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 25 2018 03:02:39       PECO,
                100 CONSTITUTION AVENUE,   2ND FLOOR,   UPPER DARBY, PA 19082-2230
13603580       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 25 2018 03:02:39       PECO Energy Company,
                Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13908121        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2018 03:09:35
                Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
13568455       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2018 03:02:44
                Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13552619       +E-mail/Text: nod.referrals@fedphe.com Jan 25 2018 03:02:35       Phelan, Hallinan & Schmieg, LLP,
                1617 JFK Boulevard, Ste 1400,   Philadelphia, PA 19103-1814
                                                                                         TOTAL: 17


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*            +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
13552601*      +Charles M. Gallagher,   850 Skelp Level Road,   West Chester, PA 19380-1923
13552621*      +Rachael L. Gallagher,   850 Skelp Level Road,   West Chester, PA 19380-1923
13604028*      +UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER,   C/O EDWARD L. BERGER, ESQUIRE,
                GORDIN & BERGER, P.C.,   1760 MARKET STREET, SUITE 608,   PHILADELPHIA, PA 19103-4199
13604030*      +UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER,   C/O EDWARD L. BERGER, ESQUIRE,
                GORDIN & BERGER, P.C.,   1760 MARKET STREET, SUITE 608,   PHILADELPHIA, PA 19103-4199
13604031*      +UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER,   C/O EDWARD L. BERGER, ESQUIRE,
                GORDIN & BERGER, P.C.,   1760 MARKET STREET, SUITE 608,   PHILADELPHIA, PA 19103-4199
13604771*      +UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER,   C/O EDWARD L. BERGER, ESQUIRE,
                GORDIN & BERGER, P.C.,   1760 MARKET STREET, SUITE 608,   PHILADELPHIA, PA 19103-4199
13604027*      +UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER,   c/o EDWARD L. BERGER, ESQUIRE,
                GORDIN & BERGER, P.C.,   1760 MARKET STREET, SUITE 608,   PHILADELPHIA, PA 19103-4199
13604032*      +UNIVERSITY OF PENNSYLVANIA, NEW BOLTON CENTER,   c/o EDWARD L. BERGER, ESQUIRE,
                GORDIN & BERGER, P.C.,   1760 MARKET STREET, SUITE 608,   PHILADELPHIA, PA 19103-4199
                                                                              TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                              Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Randi              Page 3 of 3              Date Rcvd: Jan 24, 2018
                             Form ID: pdf900           Total Noticed: 59

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
    ANDREW  SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
    paeb@fedphe.com
    CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
    crmomjian@attorneygeneral.gov
    JOHN L. MCCLAIN    on behalf of Plaintiff Charles M. Gallagher aaamcclain@aol.com,
    edpabankcourt@aol.com
    JOHN L. MCCLAIN    on behalf of Plaintiff Rachael L. Gallagher aaamcclain@aol.com,
    edpabankcourt@aol.com
    JOHN L. MCCLAIN    on behalf of Joint Debtor Rachael L. Gallagher aaamcclain@aol.com,
    edpabankcourt@aol.com
    JOHN L. MCCLAIN    on behalf of Debtor Charles M. Gallagher aaamcclain@aol.com,
    edpabankcourt@aol.com
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
    paeb@fedphe.com
    KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
    KEVIN G. MCDONALD    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
    KMcDonald@blankrome.com
    KIMBERLY A. BONNER    on behalf of Defendant    Wells Fargo Bank, N.A. amps@manleydeas.com
    KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
    for Morgan Stanley Mortgage Loan Trust 2005-6AR Mortgage Pass-Through Certificates, Series
    2005-6AR bkgroup@kmllawgroup.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
    bkgroup@kmllawgroup.com
    SENIQUE MONEE MOORE    on behalf of Creditor    WELLS FARGO BANK, N.A. senique.moore@wellsfargo.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
    WILLIAM L. HOWARD    on behalf of    The National Bank of Malvern wlh1923@verizon.net,
    wlh1923@yahoo.com
    WILLIAM L. HOWARD    on behalf of Defendant    National Bank of Malvern wlh1923@verizon.net,
    wlh1923@yahoo.com
                                                          TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES M. GALLAGHER                        Chapter 13
RACHAEL L. GALLAGHER


                    Debtor            Bankruptcy No. 15-14525-AMC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___23rd___ day of ___January___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
                    Ashely M. Chan
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
CHARLES M. GALLAGHER
RACHAEL L. GALLAGHER
850 SKELP LEVEL ROAD

WEST CHESTER, PA 19380